TRINA HIGGINS, United States Attorney (#7349)
CAROL A. DAIN, Assistant United States Attorney (#10065)
CARL HOLLAN, Special Assistant United States Attorney (#15164)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

FILED US District Court-UT
SEP 07 '22 PM 01:21

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JONATHAN JARETH SOBERANIS, <br><br> Defendant. | INDICTMENT <br><br> VIOLATIONS: <br><br> COUNT I: 18 U.S.C. § 2252A(a)(2)(A), (B) and (b)(1), DISTRIBUTION OF CHILD PORNOGRAPHY; <br> COUNT II: 18 U.S.C. § 2252A(a)(1) and (b)(1), TRANSPORTATION OF CHILD PORNOGRAPHY. <br><br> Case: 2:22-cr-00325 <br> Assigned To : Barlow, David <br> Assign. Date : 9/7/2022 |

The Grand Jury Charges:

### COUNT I
Distribution of Child Pornography
(18 U.S.C. § 2252A(a)(2)(A), (B) and (b)(1))

Between, on or about August 2020 and March 2022, in the District of Utah and elsewhere,

JONATHAN JARETH SOBERANIS,

defendant herein, did knowingly distribute any child pornography, and material that contained child pornography, as defined in 18 U.S.C. § 2256(8), that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and attempted to do so; all in violation of 18 U.S.C. § 2252A(a)(2)(A), (B) and (b)(1).

### COUNT II
Transportation of Child Pornography
(18 U.S.C. § 2252A(a)(1) and (b))

Between, on or about August 2020 and March, 2022, in the District of Utah and elsewhere,

JONATHAN JARETH SOBERANIS,

defendant herein, did knowingly transport and ship child pornography, as defined in 18 U.S.C. § 2256(8), using any means or facility of interstate or foreign commerce, or in or affecting interstate or foreign commerce by any means, including by computer, and attempted to do so; all in violation of 18 U.S.C. § 2252A(a)(1) and (b).

### NOTICE OF INTENT TO SEEK FORFEITURE

Pursuant to 18 U.S.C. § 2253, upon conviction of any offense violating 18 U.S.C. § 2252A, the defendant shall forfeit to the United States of America: (i) any visual depiction described in 2251, 2251A, or 2252, 2252A, 2252B, or 2260 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such

visual depiction, which was produced, transported, mailed, shipped, or received in violation of this chapter; (ii) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and (iii) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property. The property to be forfeited includes, but is not limited to:

- Cell phone seized from Defendant at time of law enforcement contact

A TRUE BILL:

_____
FOREPERSON OF GRAND JURY

TRINA HIGGINS
United States Attorney

_____
CARL HOLLAN
Special Assistant United States Attorney