UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN JARETH SOBERANIS,<br><br>Defendant. | **ORDER CONCERNING CERTIFICATE OF RESTORATION**<br><br>Case No. 2:22-cr-325 DBB<br><br>Judge David Barlow |

By Order dated June 27, 2025, Jonathan Jareth Soberanis was committed to the custody of the Attorney General pursuant to 18 U.S.C. § 4241(d), for hospitalization and treatment in an effort to restore competency to stand trial.  (ECF No. 95.)  The Acting Warden at the Federal Medical Center in Butner, North Carolina (FMC Butner) has now certified to the Court pursuant to 18 U.S.C. § 4241(e) that Mr. Soberanis is able at this time to understand the nature and consequences of the proceeding against him and to assist properly in his defense. (ECF No. 99.)

Before the Court is the parties' stipulated Motion to Waive Hearing and Stipulation to Entry of Finding that Mr. Soberanis Has Been Restored to Competence.  (ECF No. 103.)  In addition to the parties' agreement, the court has studied the extensive forensic evaluation supporting the certificate of restoration. Based upon the parties' agreement, the court's review of the report, and for good cause appearing, the court concludes that the stipulated Motion should be GRANTED.

Therefore, the court FINDS by a preponderance of the evidence that Mr. Soberanis is able at this time to understand the nature and consequences of the proceedings against him and to assist properly in his defense; and

It is ORDERED, pursuant to the provisions of 18 U.S.C. § 4241(e), that Mr. Soberanis be discharged from the Bureau of Prisons facility so that he can be returned to custody in the District of Utah for further proceedings.

SO ORDERED this 27th day of March, 2026.

BY THE COURT:

DAVID BARLOW
United States District Judge